UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-00351-SVW-DSR | Date | July 30, 2026 |
|---|---|---|---|

| Title | *Mirella Jil Albujar Villalobos v. Kristi Noem et al* |
|---|---|

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [11]

Before the Court is Petitioner Mirella Jill Albujar Villalobos's motion for a temporary restraining order ("TRO") in an immigration-related habeas corpus action. ECF No. 11. This is, in fact, Petitioner's second request for a TRO in this case. The first, which the Court granted on February 4, 2026, provided Petitioner with a bond hearing, pursuant to the ruling in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). ECF No. 9. The government providing the bond hearing on February 9, 2026. *See* ECF No. 10. Petitioner, however, has filed a supplemental petition and the new motion for a TRO, challenging that bond hearing and requesting release from immigration custody. ECF Nos. 11, 13.

However, in the intervening period between Petitioner's habeas petitions, the Central District of California's General Order No. 26-05 articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." It is therefore proper for the Court to defer addressing the merits until it receives the forthcoming Report and Recommendation from the Magistrate Judge.

:

Initials of Preparer    DTA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00351-SVW-DSR | Date | July 30, 2026 |
| Title | *Mirella Jil Albujar Villalobos v. Kristi Noem et al* | | |

Petitioner's motion is therefore DENIED.

**IT IS SO ORDERED.**

:

Initials of Preparer   DTA